UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Tony Thomas

-v-

Defendant(s) Terry L. McCann

**07CV6443**
**JUDGE NORGLE**
**MAG. JUDGE SCHENKIER**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Tony Thomas, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

**FILED**
NOV 14 2007
14
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

Tony Thomas
Movant's Signature

P.O. Box 112, StateVille, C.C.
Street Address

Date: 11-9-07

Joliet Ill, 60434
City/State/Zip

As indicated in paragraph three on the front of this form, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending , please check box:   ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending , please check box:   ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending , please check box:   ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending , please check box:   ☐ | |

<u>U.S. District</u> COURT OF ILLINOIS

<u>Northern District</u> JUDICIAL CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS )<br>Plaintiff, <u>Tony Thomas</u> )<br>)<br>v. )<br><u>Terry L. McCann</u> )<br>)<br>Defendant. ) | No. _____<br><br>Honorable _____<br>Presiding Judge |

## NOTICE OF FILING AND PROOF OF SERVICE

TO: 3 copies of a Petition of writ of Habeas Corpus and a Motion to Stay Petition.

Please be advised that I shall file with the Clerk of the <u>U.S. District</u> Court of Illinois, <u>Northern District</u> Judicial Circuit, on <u>11-9-07</u>, the attached motion and supporting documents.

This certifies that I have served the above named parties with a copy of said motion, by enclosing same in envelopes, properly addressed, postage prepaid, and by depositing said envelopes in the mail via the U.S. mail, by way of the Stateville Correctional Center on <u>11-9-07</u>

20_____.

S/S <u>Tony Thomas</u>

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20____.

_____
NOTARY PUBLIC