

# FILED

NOV 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br><br>X      ☐ Agent<br>        ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph -12 Floor<br>Chicago, IL 60601<br>07cv6443 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br><br>NOV 1 9 2007<br><br>Office Of The Attorney General<br>Office Services<br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*    7006 0100 0001 7312 8053 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |