U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: **07 C 6443**

**United States ex rel. Tony Thomas, Petitioner,**
**v.**
**Terry McCann, Warden, Respondent.**

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Respondent Terry McCann

**NAME** (Type or print)
　　　　　David H. Iskowich

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
　　　　　/s/David H. Iskowich

**FIRM**

**STREET ADDRESS**　　Illinois Attorney General's Office
**CITY/STATE/ZIP**　　100 W. Randolph Street, 12th Floor

　　　　　Chicago, Illinois 60601

**ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)
IL 6243162

**TELEPHONE NUMBER**
312-814-5643

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO **X** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐