# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6443 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Thomas vs. McCann | | |

**DOCKET ENTRY TEXT**

On February 4, 2008, the court granted Petitioner's motion to stay proceedings. Petitioner's Motion for Appointment of Counsel [4] is therefore denied as moot. If the stay is lifted in this case, Petitioner may at that time file a renewed motion for appointment of counsel.

*/s/ Charles R. Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|